IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REGINA D. HARP                                                                             PLAINTIFF

v.                                        CIVIL NO. 07-5182

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                         DEFENDANT

**O R D E R**

On this 23rd day of October, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on September 19, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,679.44 representing 10.50 hours of work at a rate of $125.00 per hour and $366.94 in expenses. Further, this award should be paid directly to plaintiff's counsel. *Ratliff v. Astrue*, ---F.3d---, WL 4093013, 1 -2 (8th Cir. 2008).

This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)